```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03775
    LISA L ROAKE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-8694


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/02/07 .

     2.  The case was converted to Chapter 7 without confirmation, 07/19/2007.

-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS              CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                    PAID            PAID
-----------------------------------------------------------------------------
HOME LOAN SERVICES INC        CURRENT MORTG            .00            .00             .00
HOME LOAN SERVICES INC        MORTGAGE ARRE NOT FILED                 .00             .00
HOME LOAN SERVICES INC        SECURED                  .00            .00             .00
HOME LOAN SERVICES INC        MORTGAGE ARRE NOT FILED                 .00             .00
SAXON MORTGAGE SERVICES       CURRENT MORTG            .00            .00             .00
AMERICAN GENERAL FINANCE      UNSECURED     NOT FILED                 .00             .00
ASPIRE                        UNSECURED     NOT FILED                 .00             .00
BALLYS TOTAL FITNESS          UNSECURED     NOT FILED                 .00             .00
BARCLAYS BANK DELAWARE        UNSECURED     NOT FILED                 .00             .00
CITIBANK USA                  UNSECURED     NOT FILED                 .00             .00
CITIBANK USA                  UNSECURED     NOT FILED                 .00             .00
CITIBANK N A                  UNSECURED     NOT FILED                 .00             .00
CREDIT ONE BANK               UNSECURED     NOT FILED                 .00             .00
FIRST PREMIER BANK            UNSECURED     NOT FILED                 .00             .00
GREAT LAKES SPECIALTY FI      UNSECURED     NOT FILED                 .00             .00
HOME DEPOT CREDIT SERVIC      UNSECURED     NOT FILED                 .00             .00
HSBC CREDIT SERVICES          UNSECURED     NOT FILED                 .00             .00
MEDICAL COLLECTION SYSTE      UNSECURED     NOT FILED                 .00             .00
MEDICAL COLLECTION SYSTE      UNSECURED     NOT FILED                 .00             .00
MERCHANTS CREDIT GUIDE        UNSECURED     NOT FILED                 .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS              CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                    PAID            PAID

MONOGRAM BANK OF AMERICA      UNSECURED     NOT FILED                 .00             .00
NICOR GAS                     UNSECURED     NOT FILED                 .00             .00
NISSAN MOTOR ACCEPTANCE       UNSECURED     NOT FILED                 .00             .00
NORTHSTAR CREDIT UNION        UNSECURED     NOT FILED                 .00             .00
RICHARD KENNEDY               UNSECURED     NOT FILED                 .00             .00
WFNNB/HARLEM FURNITURE        UNSECURED     NOT FILED                 .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED        OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00           .00           .00             .00
```

```
PRINCIPAL PAID                      .00              .00            .00             .00          .00
INTEREST PAID                       .00              .00            .00             .00          .00
TOTAL PAID                          .00              .00            .00             .00          .00
```

The Debtor's attorney, DEVONA & HOUGH PC            , was allowed $         .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/16/07                         /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE